IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 07-cv-02324-WYD-MEH | Date: November 21, 2007 |
| Courtroom Deputy: Bernique Abiakam | **FTR – Courtroom C203** |

| | |
|---|---|
| XANTREX TECHNOLOGY INC., | Gregory S. Tamkin |
| | R. Stephen Hall |
| Plaintiff, | |
| vs. | |
| ADVANCED ENERGY INDUSTRIES, INC., and | |
| CHRISTOPHER S. THOMPSON, | Sean R. Gallagher |
| | Tamera D. Westerberg |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session: 9:07 a.m.**

Court calls case. Appearances of counsel.

Preliminary remarks by the Court.

Argument and discussion regarding Motion for Expedited Discovery.

9:09 a.m.      Argument by Mr. Tamkin. Questions by the Court.

9:19 a.m.      Argument by Mr. Gallagher. Questions by the Court.

Further discussion by counsel and the Court.

**ORDERED:** **Motion For Expedited Discovery And Hearing Immediately Thereafter (Filed 11/08/07; Doc. No. 12)** is GRANTED as specified.

**ORDERED:** All written discovery and request for production of documents shall be completed on or before **December 7, 2007.**

**ORDERED**:   Depositions shall take place **December 10-12, 2007.**

**ORDERED:**   A Scheduling Conference is set for **January 8, 2008 at 9:15 a.m.**


**Court in recess: 9:41 a.m.   (Hearing concluded)**
**Total time in court:   0**0:34