IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02324-WYD

XANTREX TECHNOLOGY INC., a Canadian corporation publicly traded on the Toronto Stock Exchange

    Plaintiff,

v.

ADVANCED ENERGY INDUSTRIES, INC., a Delaware corporation, and
CHRISTOPHER S. THOMPSON, an individual,

    Defendants.
_____

**ORDER**
_____

    Plaintiff Xantrex Technology Inc. and Defendants Advanced Energy Industries Inc. and Christopher S. Thompson (collectively "Defendants"), having submitted a Stipulation Regarding Briefing Schedule for Motion for Preliminary Injunction, filed November 26, 2007 (docket #25), and the Court having reviewed the file, it is

    ORDERED that the Parties Briefing Schedule for Motion for Preliminary Injunction, filed November 26, 2007 (docket #25) is **APPROVED**. It is

    FURTHER ORDERED that Plaintiff shall file a Response to Defendants' Motion to Dismiss, filed November 26, 2007 (docket #26) on or before December 21, 2007. It is

    FURTHER ORDERED that Defendants shall file a Reply on or before December 28, 2007.

    ORDERED that a hearing on the Motion for Preliminary Injunction and the

Motion to Dismiss is set for **Friday, January 18, 2008 at 1:30 p.m.,** in Courtroom A-1002 of the United States District Court for the District of Colorado, 901 19th Street, Tenth Floor, Denver, Colorado, 80294, Denver, Colorado.

Dated: November 27, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge