IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02324-WYD-MEH

XANTRAX TECHNOLOGY, INC.,

    Plaintiff,

v.

ADVANCED ENERGY INDUSTRIES, INC., and
CHRISTOPHER S. THOMPSON,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 10, 2007.**

    The Stipulated Motion for Protective Order [filed December 7, 2007; doc #30] is **granted**. The Stipulated Protective Order in this matter is filed contemporaneously with this minute order.