IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-02324-WYD-MEH

XANTREX TECHNOLOGY, INC., a Canadian corporation publicly traded on the
Toronto Stock Exchange,

      Plaintiff,

v.

ADVANCED ENERGY INDUSTRIES, INC., a Delaware corporation; and
CHRISTOPHER S. THOMPSON, an individual,

      Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Advanced Energy Industries, Inc.'s and Christopher S. Thompson's Motion for
Leave to File Surreply in Opposition to Plaintiff's Motion for Preliminary Injunction is
**GRANTED**.   Defendants may file a surreply of no more than five page on or before
**January 11, 2008.**

      Dated: January 2, 2008