IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02324-WYD-MEH

XANTRAX TECHNOLOGY, INC.,

    Plaintiff,

v.

ADVANCED ENERGY INDUSTRIES, INC., and
CHRISTOPHER S. THOMPSON,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 4, 2008.**

    Plaintiff's Motion for Leave to File First Amended Complaint [filed January 2, 2008; doc #48] is **denied as moot**. Pursuant to Fed. R. Civ. P. 15(a), where, as here, no amendments and no responsive pleadings have been yet filed, a party may amend its pleading "once as a matter of course" without leave of court. Therefore, Plaintiff may file its First Amended Complaint in accordance with Rule 15(a) and all other applicable court rules.