IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

_____

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: January 18, 2008 |
| E.C.R./Reporter: Kara Spitler | |

_____

| | |
|---|---|
| Civil Action No: **07-cv-02324-WYD-CBS** | <u>Counsel:</u> |
| **XANTREX TECHNOLOGY, INC.**, | Gregory S. Tamkin |
| | Evan M. Rothstein |
| Plaintiff, | R. Stephen Hall |
| v. | |
| **ADVANCED ENERGY INC.; and** | Robin J. Samuel |
| **CHRISTOPHER THOMPSON**, | Sean R. Gallagher |
| | Tamera D. Westerberg |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO DISMISS**

**1:43 p.m.**   Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks.

Defendants' Motion to Dismiss (#26 - 11/26/07) and Defendants' Motion to Dismiss First Amended Complaint and Jury Demand (#57 - 1/8/08) are raised for argument.

2:03 p.m.   Argument by Defendants (Ms. Westerberg).

2:18 p.m.   Argument by Plaintiff (Mr. Hall).

2:34 p.m.   Argument by Defendants (Ms. Westerberg).

Judge Wiley Y. Daniel
07-cv-02324-WYD-MEH - Courtroom Minutes

**ORDERED:** Defendants' Motion to Dismiss (#26 - 11/26/07) is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Defendants' Motion to Dismiss First Amended Complaint and Jury Demand (#57 - 1/8/08) is **TAKEN UNDER ADVISEMENT.**

Plaintiff's Motion for Preliminary Injunction (#2 - 11/5/07) is raised for argument.

| | |
|---|---|
| 2:38 p.m. | Plaintiff's witness **John Wallace** sworn. |
| | Direct examination by Plaintiff (Mr. Tamkin). |
| **3:27 p.m.** | Court in Recess |
| **3:52 p.m.** | Court in Session |

Direct examination by Plaintiff continues (Mr. Tamkin).
*EX ID:* 1, 2, 3, 4, 5, 6

4:15 p.m.   Cross examination by Defendants (Mr. Gallagher).

4:53 p.m.   Court's remarks regarding schedule and issues for counsel to address at the continuation of this hearing on Tuesday, January 22, 2008.

**ORDERED:** Hearing is continued to **Tuesday, January 18, 2008, at 1:00 p.m.**

**4:58 p.m.**   Court in Recess - HEARING CONTINUED

**TOTAL TIME: 2:49**