IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
                           JUDGE WILEY Y. DANIEL
_____

Courtroom Deputy:   Robert R. Keech          Date:   January 22, 2008
E.C.R./Reporter:    Kara Spitler
_____

Civil Action No: **07-cv-02324-WYD-CBS**     Counsel:

**XANTREX TECHNOLOGY, INC.**,                Gregory S. Tamkin
                                             Evan M. Rothstein
            Plaintiff,                       R. Stephen Hall

v.

**ADVANCED ENERGY INC.; and**                Robin J. Samuel
**CHRISTOPHER THOMPSON**,                    Sean R. Gallagher
                                             Tamera D. Westerberg

            Defendants.
_____

                              **COURTROOM MINUTES**
_____

**CONTINUATION OF HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO DISMISS (CONTINUED FROM JANUARY 18, 2008)**

**1:07 p.m.**      Court in Session

                   APPEARANCES OF COUNSEL.

                   Court's opening remarks.

                   Plaintiff's Motion for Preliminary Injunction (#2 - 11/5/07) is raised for argument.

1:07 p.m.          Defendants' witness **Christopher S. Thompson** sworn.

                   Cross examination by Defendants (Mr. Samuel).
                   *EX ID:        A*

Judge Wiley Y. Daniel
07-cv-02324-WYD-MEH - Courtroom Minutes

| | |
|---|---|
| 2:16 p.m. | Direct examination by Plaintiff (Mr. Tamkin).<br>***EX ID:*** ***Deposition of Christopher S. Thompson (10/10/07) for purposes of impeachment, 3*** |
| **2:53 p.m.** | Court in Recess |
| **3:50 p.m.** | Court in Session |
| | Defendants' witness **Christopher S. Thompson** sworn. |
| | Cross examination by Plaintiff continues (Mr. Tamkin).<br>***EX ID:*** ***3, Deposition of Christopher S. Thompson (10/10/07) for purposes of impeachment, 7*** |
| 4:27 p.m. | Re-Direct examination by Plaintiff (Mr. Samuel). |
| 4:39 p.m. | Defendants rest |
| | Court outlines areas to be covered in argument. |
| 4:41 p.m. | Argument by Plaintiff (Mr. Tamkin). |
| 5:02 p.m. | Argument by Defendants (Mr. Gallagher). |
| 5:18 p.m. | Argument by Plaintiff (Mr. Tamkin). |
| **ORDERED:** | Plaintiff's Motion for Preliminary Injunction (#2 - 11/5/07) is **TAKEN UNDER ADVISEMENT.** |
| **ORDERED:** | Each side shall submit proposed findings fact and conclusions of law not later than **Monday, February 4, 2008.** |
| **ORDERED:** | Defendants' Motion to Dismiss First Amended Complaint and Jury Demand (#57 - 1/8/08) is **TAKEN UNDER ADVISEMENT.** |
| **ORDERED:** | Defendant's Motion to Dismiss (#26 - 11/26/07) is **TAKEN UNDER ADVISEMENT.** |
| 5:33 p.m. | Discussion regarding filing of additional case authority. |

**ORDERED:** Plaintiff shall file additional case authority not later than **Friday, January 25, 2008.**

**ORDERED:** Defendants shall file a response to any additional case authority not later than **Monday, February 5, 2008.**

**5:34 p.m.** Court in Recess - HEARING CONCLUDED

**CLERK'S NOTE:** **EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**

**TOTAL TIME: 3:30**