IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02324-WYD-MEH

XANTREX TECHNOLOGY, INC., a Canadian corporation publicly traded on the Toronto Stock Exchange,

    Plaintiff,

v.

ADVANCED ENERGY INDUSTRIES, INC., a Delaware corporation; and
CHRISTOPHER S. THOMPSON, an individual,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion to Strike Defendants' Response and Objection to Plaintiff's Proposed Findings of Fact and Conclusions of Law, filed February 14, 2008 (docket #77) is **DENIED**. The Court will review all submissions and reach its own conclusion on the findings of fact and conclusions of law.

Dated: February 19, 2008