IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02324-WYD-MEH

XANTREX TECHNOLOGY, INC.,

Plaintiff,

v.

ADVANCED ENERGY INDUSTRIES, INC., and
CHRISTOPHER S. THOMPSON,

Defendants.

_____

**ORDER FOR DISMISSAL WITH PREJUDICE AND ENTRY OF PERMANENT INJUNCTION**
_____

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss with Prejudice and for Entry of Permanent Injunction [doc. #116, filed November 24, 2008]. The Court having reviewed the stipulation and being fully advised in the premises, it is hereby

ORDERED that the Stipulated Motion to Dismiss with Prejudice and for Entry of Permanent Injunction [doc. #116, filed November 24, 2008] is **GRANTED** as follows:

(1) Defendant Thompson shall cease to work at Advanced Energy or with anyone in concert therewith in any capacity relating to or concerning the technology of solar inverters until May 22, 2009;

(2) Defendant Thompson is enjoined from working with any North American based company, person, or other entity, either directly or indirectly engaged in the field of solar inverter technology until May 22, 2009;

(3) Defendants are permanently enjoined from disclosing, disseminating or otherwise using any Xantrex trade secrets and must immediately destroy or return any copies thereof that are in their possession or control pursuant to the parties' settlement agreement; and

(4) This civil action shall be **DISMISSED WITH PREJUDICE**, each party to bear their own costs and attorneys' fees.

Dated: November 24, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
CHIEF UNITED STATES DISTRICT JUDGE